IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TARA BAKER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 13-CV-04123-FJG ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The above-entitled cause having been settled, compromised and adjusted, IT IS HEREBY STIPULATED AND AGREED by and between the parties thereto that the claim of plaintiff Tara Baker now on file in said cause be dismissed with prejudice against the institution and prosecution by plaintiff of any other or further action or actions.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the parties thereto that claims asserted on behalf of absent class members are hereby dismissed without prejudice.

Each party to bear her or its own costs.

DATED at Kansas City, this 30th day of December, 2013.

KAPKE & WILLERTH

*(signature)*

George E. Kapke, Jr., MO #52114
Erin D. Lawrence, MO #63021
3304 NE Ralph Powell Road
Lee's Summit, Missouri 64064
Telephone: (816) 461-3800
Facsimile: (816) 254-8014
ted@kapkewillerth.com

John M. Klamann, Esq.
Andrew Schermerhorn, Esq.
The Klamann Law Firm
929 Walnut Street, Suite 800
Kansas City, Missouri 64016
jklamann@klamannlaw.com
ATTORNEYS FOR PLAINTIFF

DEACY & DEACY, LLP

*(signature)*

Dale L. Beckerman, MO #26937
920 Main Street, Suite 1900
Kansas City, Missouri 64105
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
dlb@deacylaw.com
ATTORNEYS FOR DEFENDANT